EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Gerardo de la Cruz Andújar | 2009 TSPR 149 <br><br> 176 DPR ____ |

Número del Caso: TS-15098

Fecha: 1 de octubre de 2009

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trias
Director Ejecutivo

Materia: Conducta Profesional- (Resolución Nunc Pro Tunc)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Gerardo de la Cruz Andújar

TS-15098

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 1 de octubre de 2009.

Se enmienda *nunc pro tunc* nuestra Opinión *Per Curiam* de 23 de abril de 2009 a los únicos fines de completar la primera oración en el párrafo de introducción, que por error no salió impresa en su versión final. El texto correcto debió leer como sigue:

En la Moción informativa presentada el 17 de julio de 2008, el Colegio de Abogados informó que el Lcdo. Gerardo **de la Cruz Andújar dejó al descubierto el pago de la** fianza notarial y solicitó se cancelara la misma.

Se acompaña la página con el texto correcto para que sea notificada nuevamente conjuntamente con la presente. El original de la página sustituida deberá permanecer en el expediente.

Lo acordó y manda el Tribunal y certifica la Secretaria del Tribunal Interina.

Juliana Mosquera Soler
Secretaria del Tribunal Supremo Interina

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Gerardo de la Cruz Andújar

TS-15098

*PER CURIAM*

En San Juan, Puerto Rico, a 23 abril de 2009.

En la Moción informativa presentada el 17 de julio de 2008, el Colegio de Abogados informó que el Lcdo. Gerardo de la Cruz Andújar dejó al descubierto el pago de la fianza notarial y solicitó se cancelara la misma. Concedimos término al abogado, en resolución de 23 de junio de ese año, para que mostrara causa por la cual no debía suspendérsele de la notaría. Le apercibimos que el incumplimiento con nuestra resolución conllevaría la suspensión de la notaría y podría dar lugar a sanciones disciplinarias adicionales. Posteriormente, el Colegio de Abogados nos informó que el licenciado De la Cruz Andújar no había satisfecho la cuota anual, por lo que en otra resolución, esta vez de 26 de septiembre,